mailing
ADDReSS
PO Box 874672
Wasilla Ak 99687-
4672

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RECEIVED

MAR 16 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Terry Allen. DE Geus SR

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Matanuska Susitna Borrough
Solidwaste Division et al
Western EQuiptmen & Contsrvcion Etal

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-00126-ACP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Terry A. De Geus Sr
Street Address      1625 E. Gosling Cir
City and County     Wasilla AK 99654
State and Zip Code
Telephone Number    907 355-5084
E-mail Address      tadsr2002@yahoo.mail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

Name _Matanuska Susitna Borrough Solid Waste Div._

Job or Title *(if known)* JEFF Smith Operations MSB SWD.

Street Address 1201 N. 49th ~~Street~~ State Street

City and County Palmer AK.

State and Zip Code 99645

Telephone Number 907-861-7603

E-mail Address *(if known)* ?

Defendant No. 2

Name Mr Terry Berger

Job or Title *(if known)* Operation. Employee MSB △ SWD

Street Address E 1201 N 49 ~~State~~ Street

City and County Palmer AK.

State and Zip Code 99645

Telephone Number 907 861·7603

E-mail Address *(if known)* ?

Defendant No. 3

Name John San Ramano

Job or Title *(if known)* Employee at MSBD SWD

Street Address 1201 N 49 State Street

City and County Palmer AK

State and Zip Code 99645

Telephone Number 907 861 7603

E-mail Address *(if known)* ?

Defendant No. 4

Name Paul Life Western Equiptment ~~Rental~~ & Construction

Job or Title *(if known)* Owner

Street Address 6321 A street

City and County Anchorage AK 99518-1822

State and Zip Code

Telephone Number 907 677 1990 or 1991

E-mail Address *(if known)* ?

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is
*Western Hired me.*

| | |
|---|---|
| Name | Paul lite |
| Street Address | 6321 A. Street |
| City and County | Anchorage AK 99518 |
| State and Zip Code | |
| Telephone Number | 907 677 1890 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.
*Wrongful termination Retaliation ADA,*

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)* *See attached Right to Sue*

☑ ?  Other federal law *(specify the federal law):* HAINES vs Kerner
*404 US, 519 (1977)*

☑ ?  Relevant state law *(specify, if known):*
*404 US 519 (1972).*

☐   Relevant city or county law *(specify, if known):*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify):* Worker Comp Retaliation still in litigation -

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) from Aug 23 thru March 27, 2026. Aug 2023.

C.    I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me. WAS UP until march 27-2025
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*: wrongful termination

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

ADA DISABILITIES

E.    The facts of my case are as follows. Attach additional pages if needed. Complaints filed are false complaints. Still waiting FOIA & 83 Hardcopies from EEOC. Still pending.

Page 4 of 6

I had already been reporting unlawful ~~to Dumping~~ to Authorities Annomously. False complaits to Retaliate Against me. 3 other cases pending in other jurisdiction Still. EPA, DOL, OSHA   San Fransisco ~~California~~ California. Pending

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)*   12/15/25

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The wrong doings stopped on 3/27/25. After being Laid off. Then came to find it WAS A termination, NOT LAID off. ADA violations from the start Accomodations no response from Western or Barrough. See Exhibit C

Relief Requested All back pay from march 27 2025 thro todays. Reinstatement of my job with appropiate Handbook $250,000 for mental anguish, Deformation of Character. Slander liable. Cost of pay Assault + Battery by Employee. I HAD to wait 24 hours to filed the Assault. Because I was not aloud to call law en for court Changes were filed the person is currently on the run. Failure to appear in court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/16/26

Signature of Plaintiff _____

Printed Name of Plaintiff  Terry Allen Dr Geus Sr etal

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____